1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8          **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                      —o0o—

10  RONALD BRUCE THOMPSON,                    CASE NO. 2:12-CV-01084 EFB (SS)

11                    Plaintiff,             **ORDER EXTENDING
                                             PLAINTIFF'S TIME TO FILE A MOTION
12  vs.                                      FOR SUMMARY JUDGMENT**

13  MICHAEL J. ASTRUE,
    Commissioner of Social Security,
14
                      Defendant.
15  _____/

16          Pursuant to the stipulation of the parties showing good cause for a requested first

17  extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby

18  APPROVED.

19          Plaintiff shall file his Motion For Summary Judgment on or before November 12, 2012,

20  and Defendant shall file his brief on or before December 13, 2012.

21          SO ORDERED.

22  DATED:  October 3, 2012.

23                                          EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                              1
        STIPULATION AND ORDER  EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT