1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| RONALD BRUCE THOMPSON, | CASE NO. 2:12-CV-01084 EFB (SS) |
| Plaintiff, | **[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. _____/ | |

   Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

   Plaintiff shall file his Motion For Summary Judgment on or before December 12, 2012, and Defendant shall file his brief on or before January 11, 2013.

   SO ORDERED.

DATED:  November 14, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT