1  BENJAMIN B. WAGNER
   United States Attorney
2  GRACE M. KIM
   Regional Chief Counsel, Region IX
3  BRENDA M. PULLIN
   Special Assistant United States Attorney
4  Social Security Administration

5      160 Spear Street, Suite 800
       San Francisco, California  94105
6      Telephone:  (415) 977-8975
       Facsimile:  (415) 744-0134
7      E-Mail:Brenda.Pullin@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11                            SACRAMENTO DIVISION

13  RONALD BRUCE THOMPSON,         )
                                   )   CASE NO. 2:12-CV-01084-EFB
14         Plaintiff,              )
                                   )
15         v.                      )   STIPULATION AND PROPOSED ORDER
                                   )   FOR FIRST EXTENSION OF TIME TO FILE
16  MICHAEL J. ASTRUE,             )   DEFENDANT'S CROSS-MOTION
    Commissioner of Social Security, )
17                                 )
           Defendant.               )
18  _____)

21      The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance
22  of the attached Order, that Defendant shall have a first extension of time of 30 days, nunc pro tunc, to
23  file his cross-motion for summary judgment.
24      The extension is being sought due to defense counsel's long-scheduled annual leave and
25  cross-country travel in late December, coupled with unexpected and ongoing sick leave upon her return
26  in early January.  Given these constraints, defense counsel respectfully requests 30 additional days in
27  which to file the Commissioner's cross-motion for summary judgment.  Plaintiff's counsel does not
28  object to the request.  The new due date will be February 13, 2013.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: January 18, 2013         */s/ Ann M. Cerney*
                                (As authorized via e-mail)
                                ANN M. CERNEY
                                Attorney for Plaintiff


Dated: January 18, 2013         BENJAMIN B. WAGNER
                                United States Attorney


                                /s/ *Brenda M. Pullin*
                                BRENDA M. PULLIN
                                Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  January 22, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2