BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone:  (415) 977-8975
    Facsimile:  (415) 744-0134
    E-Mail:Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RONALD BRUCE THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 2:12-CV-01084-EFB<br><br>STIPULATION AND PROPOSED ORDER FOR FIRST EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION |

    The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days, nunc pro tunc, to file his cross-motion for summary judgment.

    The extension is being sought due to defense counsel's long-scheduled annual leave and cross-country travel in late December, coupled with unexpected and ongoing sick leave upon her return in early January.  Given these constraints, defense counsel respectfully requests 30 additional days in which to file the Commissioner's cross-motion for summary judgment.  Plaintiff's counsel does not object to the request.  The new due date will be February 13, 2013.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: January 18, 2013  */s/ Ann M. Cerney*
(As authorized via e-mail)
ANN M. CERNEY
Attorney for Plaintiff

Dated: January 18, 2013  BENJAMIN B. WAGNER
United States Attorney

/s/ *Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  January 22, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2