1  BENJAMIN B. WAGNER
   United States Attorney
2  GRACE M. KIM
   Regional Chief Counsel, Region IX
3  BRENDA M. PULLIN
   Special Assistant United States Attorney
4  Social Security Administration

5      160 Spear Street, Suite 800
       San Francisco, California  94105
6      Telephone:  (415) 977-8975
       Facsimile:  (415) 744-0134
7      E-Mail:Brenda.Pullin@ssa.gov

8  Attorneys for Defendant

9                          UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT OF CALIFORNIA

11                              SACRAMENTO DIVISION

12

13  RONALD BRUCE THOMPSON,           )
                                     )   CASE NO. 2:12-CV-01084-EFB
14         Plaintiff,                )
                                     )
15         v.                        )   STIPULATION AND ~~PROPOSED~~ ORDER
                                     )   FOR SECOND EXTENSION OF TIME TO
16  MICHAEL J. ASTRUE,               )   FILE DEFENDANT'S CROSS-MOTION
    Commissioner of Social Security, )
17                                   )
           Defendant.                )
18  _____  )

19

20

21      The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance

22  of the attached Order, that Defendant shall have a second extension of time of 30 days to file his

23  cross-motion for summary judgment.

24      The extension is being sought due to defense counsel's recent period of poor health; during the

25  past month, defense counsel has been in the office on only six days.  However, defense counsel

26  continues to maintain her caseload and is diligently working through cases in the order of seniority.

27  Given these constraints, defense counsel respectfully requests 30 additional days in which to file the

28  Commissioner's cross-motion for summary judgment.  Plaintiff's counsel does not object to the request.

The new due date will be March 15, 2013.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                              Respectfully submitted,

Dated: February 14, 2013              */s/ Ann M. Cerney*
                                            (As authorized via e-mail)
                                            ANN M. CERNEY
                                            Attorney for Plaintiff

Dated: February 13, 2013              BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ *Brenda M. Pullin*
                                            BRENDA M. PULLIN
                                            Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  February 19, 2013.

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE