BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

   160 Spear Street, Suite 800
   San Francisco, California  94105
   Telephone:  (415) 977-8975
   Facsimile:  (415) 744-0134
   E-Mail:Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RONALD BRUCE THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 2:12-CV-01084-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION |

    The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time of 30 days to file his cross-motion for summary judgment.

    The extension is being sought due to defense counsel's recent period of poor health; during the past month, defense counsel has been in the office on only six days.  However, defense counsel continues to maintain her caseload and is diligently working through cases in the order of seniority. Given these constraints, defense counsel respectfully requests 30 additional days in which to file the Commissioner's cross-motion for summary judgment.  Plaintiff's counsel does not object to the request.

The new due date will be March 15, 2013.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,

Dated: February 14, 2013                  */s/ Ann M. Cerney*
                                        (As authorized via e-mail)
                                        ANN M. CERNEY
                                        Attorney for Plaintiff

Dated: February 13, 2013                  BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ *Brenda M. Pullin*
                                        BRENDA M. PULLIN
                                        Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: February 19, 2013.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE