1  Ann M. Cerney, SBN: 068748
Attorney at Law
2  45 Hunter Square Plaza
Stockton, California  95202
3  Telephone: (209) 948-9384
Facsimile:  (209) 948-0706
4
Attorney for Plaintiff
5

6

7

8          **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                            —o0o—

10  RONALD BRUCE THOMPSON,                    CASE NO. 2:12-CV-1084-EFB

11              Plaintiff,                    **[proposed] ORDER EXTENDING
                                            PLAINTIFF'S TIME TO REPLY TO
12  vs.                                       DEFENDANT'S CROSS-MOTION FOR
                                            SUMMARY JUDGMENT**
13  CAROLYN W. COLVIN,
Acting Commissioner of Social Security,
14
              Defendant.
15  _____/

16       Pursuant to the stipulation of the parties showing good cause for a requested extension of

17  Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is

18  hereby APPROVED.

19       Plaintiff shall file his reply on or before May 8, 2013.

20       SO ORDERED.

21  DATED:  April 12, 2013.

22                                            _____
                                            EDMUND F. BRENNAN
23                                            UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28
─────────────────────────────────────────────────────────────
STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION
FOR SUMMARY JUDGMENT