UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BRUCE THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:12-cv-1084-EFB<br><br><br><br>ORDER |

On November 14, 2014, plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act. ECF No. 33. As of the date of this order, defendant has not filed either an opposition or a statement of non-opposition in response to plaintiff's motion. Accordingly, it is hereby ORDERED that, on or before February 11, 2015, defendant shall file either (1) a stipulation and proposed order resolving plaintiff's fee motion, or (2) an opposition in response to plaintiff's motion.

DATED: January 21, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE